IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00536-RPM

DAVID MURGUIA,

      Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA,

      Defendant.
_____

ORDER VACATING MINUTE ORDER SETTING SCHEDULING CONFERENCE
ENTERED BY MAGISTRATE HEGARTY AND
ORDER SETTING SCHEDULING CONFERENCE
_____

Upon reassignment of this civil action and this Court's case management procedures, it is

ORDERED that the Minute Order Setting Scheduling Conference entered by Magistrate Judge Michael E. Hegarty on March 17, 2015, is vacated.  It is

ORDERED that a scheduling conference will be held on **May 29, 2015, at 10:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIIIJudges/HonRichardPMatsch.aspx (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 10/2013).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on May 21, 2015.**  The conference is conducted with lead counsel present in person.

No parties or representatives of parties will be permitted to attend.  Initial disclosures under Rule 26(a)(1) will be completed no later than 10 calendar days before the scheduling conference.

Dated:   March 30th, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge