IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  15-cv-00536-RPM

DAVID MURGUIA,

    Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA,

    Defendant.

_____

ORDER OF REMAND
_____

Pursuant to the Stipulation Regarding the Amount in Controversy, filed by the plaintiff, David Murguia, today, it is

ORDERED that this civil action is remanded to the District Court, Denver County, State of Colorado, as Case No. 2015CV30579.

Dated:   June 4th, 2015

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge